Cornwall R. Layton, Respondent, v. Nicholas A. Santino, Appellant.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

Grace Brown, Respondent, v. Floyd Merton, Jr., Appellant. John E. Brown, Respondent, v. Floyd Merton, Jr., Appellant.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

Esther A. Gutterson, Respondent, v. Edward L. Gutterson, Appellant.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

Mabel Austin, Respondent, v. Mary L. O'Keefe, Appellant. Ira L. Austin, Respondent, v. Mary L. O'Keefe, Appellant.

Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of Anthony Valentino, Appellant, against Vernon A. Morhous, as Warden of Great Meadow Prison, et al., Constituting the Prison Board of Great Meadow Prison, Respondents.—

Crapser, Bliss, Heffernan and Foster, JJ., concur; Hill, P. J., concurs in the result. (See Matter of Zaloom v. Martin, 264 App. Div. 19; People ex rel. Hammond v. Martin, 261 App. Div. 648.)